**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 10-14519-RGM |
| AIROCARE, INC., ) | |
| ) | (Chapter 11) |
| Debtor. ) | |
| ) | |
| ) | |
| AIROCARE, INC. ) | Adversary Pro. No. 10-01481-RGM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WILLIAM R. CHAMBERS, et al., ) | |
| ) | |
| Defendants. ) | |

**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Plaintiff, AirOCare, Inc., and Defendant, Robert D. McDonald, hereby stipulate and agree that the time within which the Defendant may move, answer or otherwise respond to the complaint in this adversary proceeding is extended through and including January 6, 2011, to allow additional time for the parties to engage in settlement discussions.

Lawrence A. Katz (VSB No. 47664)
Frederick W. H. Carter (VSB No. 80204)
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone: (703) 760-1600
Facsimile: (703) 821-8949
lakatz@venable.com
fwhcarter@venable.com

*Counsel to AirOcare, Inc.,
Debtor and Debtor-in-Possession*

Dated:  December 17, 2010

*/s/ Lawrence A. Katz*
Lawrence A. Katz  (VSB No. 47664)
Frederick W. H. Carter (VSB No. 80204)
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone:  (703) 760-1600
Facsimile:  (703) 821-8949
lakatz@venable.com
fwhcarter@venable.com

*Counsel to AirOcare, Inc.,*
*Debtor and Debtor-in-Possession*

*/s/ Alan Rosenblum*
Alan Rosenblum (VSB No. 19973)
ROSENBLUM & ROSENBLUM, LLC
228 South Washington Street, Suite 300
Alexandria, Virginia 22314
Telephone:  (703) 548-9002
Facsimile:   (703)  548-8774
alan@rosenblumllc.com

*Counsel to Robert D. McDonald*

- 2 -

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Stipulation to Extend Time to Respond to Plaintiff's Complaint was served on December 17, 2010, by United States first class mail, postage prepaid, on the persons named below:

| | |
|---|---|
| William R. Chambers<br>10229 Cedar Pond Drive<br>Vienna, VA 22182 | William R. Chambers<br>201 N. Union Street, Suite 100<br>Alexandria, VA 22314 |
| Robert D. McDonald<br>201 N. Union Street, Ste. 100<br>Alexandria, VA 22314 | Jack W. Prouty<br>309 Dawnwood Drive<br>Edgewater, MD 31037 |
| Stuart N. Rutchik<br>723 Galestone Street<br>Gaithersburg, MD 20878 | Terrance O. Woodbridge<br>107 Parkcanyon Lane<br>Cary, NC 27519 |
| Ronald B. Mazie, as Trustee of<br>The AirOcare Benefits Trust<br>17216 Blossom View Drive<br>Olney, MD  20832 | |

*/s/ Lawrence A. Katz*