**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 10-14519-RGM |
| AIROCARE, INC., ) | |
| ) | (Chapter 11) |
| Debtor. ) | |
| ) | |
| ) | |
| AIROCARE, INC. ) | Adversary Pro. No. 10-01481-RGM |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WILLIAM R. CHAMBERS, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**STIPULATION FOR FURTHER EXTENSION OF TIME FOR DEFENDANTS PROUTY
AND RUTCHIK TO RESPOND TO COMPLAINT**

Plaintiff AirOcare, Inc. and Defendants Jack Prouty ("Prouty") and Stuart Rutchik ("Rutchik") hereby stipulate and agree that the time within which Defendants Prouty and Rutchik may answer or otherwise respond to the complaint in this adversary proceeding is further extended to 5:00 p.m. EST on January 24, 2011, in recognition of the fact that Defendants Prouty and Rutchik have just recently retained bankruptcy counsel.  It is further stipulated and agreed that Defendants Prouty and Rutchik shall not seek any further extensions of time to respond to the complaint and they hereby waive the right to seek any further extensions.

Lawrence A. Katz  (VSB No. 47664)
Kristen E. Burgers (VSB No. 67997)
VENABLE LLP
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia 22182
Telephone:  (703) 760-1600
Facsimile:  (703) 821-8949
lakatz@venable.com
fwhcarter@venable.com

*Counsel to AirOcare, Inc.*,
*Debtor and Debtor-in-Possession*

Dated:  January 7, 2011         */s/ _Lawrence A. Katz*
                                              Lawrence A. Katz  (VSB No. 47664)
                                              Kristen E. Burgers (VSB No. 67997)
                                              VENABLE LLP
                                              8010 Towers Crescent Drive, Suite 300
                                              Vienna, Virginia 22182
                                              Telephone:  (703) 760-1600
                                              Facsimile:  (703) 821-8949
                                              lakatz@venable.com

                                              *Counsel to AirOcare, Inc.,*
                                              *Debtor and Debtor-in-Possession*



                                              */s/ Craig M. Palik*
                                              Craig M. Palik (VSB No. 45728)
                                              McNamee Hosea
                                              6411 Ivy Lane, Suite 200
                                              Greenbelt, Maryland 20770
                                              Telephone:     (301) 441-2420 ext. 224
                                              Facsimile:      (301) 982-9450
                                              cpalik@mhlawyers.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Stipulation for Further Extension of Time For Defendants Prouty and Rutchik to Respond to Complaint was served on January 7, 2011, by United States first class mail, postage prepaid, on the persons named below:

| | |
|---|---|
| William R. Chambers<br>10229 Cedar Pond Drive<br>Vienna, VA 22182 | William R. Chambers<br>201 N. Union Street, Suite 100<br>Alexandria, VA 22314 |
| Ronald B. Mazie, as Trustee of<br>The AirOcare Benefits Trust<br>17216 Blossom View Drive<br>Olney, MD  20832 | Alan Rosenblum, Esq.<br>Rosenblum & Rosenblum, LLC<br>P.O. Box 320039<br>Alexandria, VA 22314 |
| Craig M. Palik, Esq.<br>McNamee Hosea<br>6411 Ivy Lane, Suite 200<br>Greenbelt, Maryland 20770 | Joseph A. Guzinski, Esq.<br>Assistant U. S. Trustee<br>Office of the United States Trustee<br>115 S. Union Street, Suite 210<br>Alexandria, VA 22314 |

/s/ Lawrence A. Katz
Lawrence A. Katz