**Stuart N Rutchik**
13628 Spinning Wheel Dr| Germantown, MD 20874-2086
Ph: 301.213.6181 | Fax 240.720.9404

FILED
2011 AUG -1 P 3: 23
US BANKRUPTCY COURT
CLERK
ALEXANDRIA DIVISION

July 28, 2011

Clerk
US Bankruptcy Court/VAEB
200 S Washington St #100
Alexandria, VA 22314

Re:   AirOcare, Inc. v. Chambers et al ( AirOcare, Inc.), Case No. 10-14519-RGM; and, APN No. 10-01481-RGM

Please note in above matters, and as per Order Granting Motion to Withdraw dated July 27, 2011, I am submitting notification of my intention to act pro se.

Please forward all notices to me at the address noted above; and, also via e-mail to sturutchik@gmail.com.

Sincerely,

Stuart N Rutchik

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 10-14519-RGM |
| AIROCARE, INC. | ) | Chapter 11 |
|     Debtor. | ) | |
| _____ | ) | |
| | ) | |
| AIROCARE, INC. | ) | |
|     Plaintiff | ) | Adversary Proceeding |
| | ) | No. 10-01481-RGM |
| v. | ) | |
| | ) | |
| WILLIAM CHAMBERS, et. al. | ) | |
|     Defendants. | ) | |
| _____ | ) | |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR
STUART RUTCHIK AND TERRANCE WOODBRIDGE**

Upon Consideration of the Motion to Withdraw as Counsel for Stuart Rutchik and Terrance Woodbridge filed by Craig M. Palik, and McNamee, Hosea, Jernigan, Kim, Greenan & Walker, P.A., et al., attorneys for Stuart Rutchik and Terrance Woodbridge (the "Clients"), in the above captioned case, and pursuant to 11 U.S.C. §105, Rules 9010 and 9013 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2090-1, it is by the United States Bankruptcy Court for the Eastern District of Virginia:

**ORDERED**, that the Motion is granted; and it is further

**ORDERED**, that the appearances of Craig M. Palik, Steven Ramsdell, Robert H. B. Cawood, Roy L. Mason, James M. Greenan and Steven L. Goldberg are withdrawn as counsel for the Clients; and it is further

**ORDERED**, that Stuart Rutchik and Terrance Woodbridge shall have other counsel enter

1

their appearance on their behalf or advise the Clerk of the Court that they will be proceeding in this case without counsel within five (5) days of the entry of this order.

Dated: Jul 27 2011

/s/ Robert G. Mayer
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket: July 27, 2011


I ASK FOR THIS:

MCNAMEE HOSEA, ET AL

/s/ Craig M. Palik
Craig M. Palik, Esquire (VSB #45728)
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770
(301) 441-2420
cpalik@mhlawyers.com

*Attorneys for Jack Prouty, Stu Rutchik and Terry Woodbridge*

2