**Alan Rosenblum, Esq.**
Virginia Bar #19973
**ROSENBLUM & ROSENBLUM, L.L.C.**
228 South Washington Street, Suite 300
P. O. Box 320039
Alexandria, Virginia  22320
Counsel for Robert D. McDonald

UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. **10-14519-RGM** |
| **AirOcare, Inc.** , | ) | Chapter 11 |
| Debtor. | ) | |
| | ) | |
| | ) | |
| **AirOcare, Inc.** | ) | |
| Plaintiff | ) | Adversary Proceeding |
| | ) | No. **10-01481-RGM** |
| v. | ) | |
| | ) | |
| **William Chambers, et. al.** | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT ROBERT D. MCDONALD'S LIST OF EXHIBITS**

COMES NOW, the Defendant, **ROBERT D. MCDONALD** ("McDonald"), by counsel and hereby files his List of Exhibits pursuant to Rule 26(a)(3) of the Fed. Rules of Civ. Procedure as incorporated by Rule 7026 of the Fed. Rules of Bankr.Procedure, and pursuant to the Initial Scheduling Order, as amended.
McDonald may introduce the following exhibits at the hearing on this matter:

Defendant McDonald reserves the right to present as evidence any document identified by the Plaintiff, AirOcare.
Defendant McDonald reserves the right to present as evidence any document identified by any other Defendant or party.
Defendant McDonald reserves the right to present as evidence any document in rebuttal

| EXHIBIT | Identified | Admitted | Description |
|---|---|---|---|
| A. | | | AirOcareTechnology How It Works |
| B. | | | AirOcare Inc - Management Presentation to Lennox |

C.	AirOcare – Going Forward Activity Plan May 2009

D.	AirOcare - Investor memo Drafted August 2009

E.	Portions of PowerPoint Presentation of Stuart Rutchik for August 18, 2009 Shareholder Meeting of AirOcare

F.	Board Minutes August 20, 2009; October 6, 2009; October 19, 2009; October 27, 2009; November 2, 2009;January 5, 2010; January 22, 2010

G.	Letter from Bersoff to McDonald, August 24, 2009

H.	AirOcare Balance Sheet September 25, 2009

I.	AirOcare Financials - November 2007 Comparative pre and Post Transaction

J.	Welcome Packet Plan 3 to DLP,LLC-AirOcare

K.	Abstract summary of Meeting July 116 2007 re Irrevocable Trust

L.	B & J Family LP, LLC OPERATING AGREEMENT

M.	Letter from McDonald to Dennis Gibson, September 15, 2007 re consulting agreement

N.	email from Jack Prouty to Gibson September 16, 2007 re consulting engagement

O.	Draft Consulting Agreement, October 15, 2007 with Ingersoll Rand

P.	Letter from Dennis Gibson to McDonald, August 7, 2008 re extension of Consulting agreement

        **Robert D. McDonald**.

          /s/Alan Rosenblum_____
        Alan Rosenblum, Esq.
        VSB# 19973
        Rosenblum & Rosenblum, LLC
        P.O. Box 320039
        Alexandria, VA  22320

## CERTIFICATE OF SERVICE

I hereby certify that on this August 8, 2011, a true copy of the foregoing **DEFENDANT ROBERT D. MCDONALD'S LIST OF WITNESSES AND LIST OF EXHIBITS** was electronically served on all parties and counsel of record in this matter using the Court's CM/ECF service and hand delivered or mailed to the following parties:

**Joseph A. Guzinski**
Office of the United States Trustee
115 S. Union Street, Suite 210
Alexandria, VA 22314
Joseph.a.guzinski@usdoj.gov

**Lawrence Allen Katz**
**Kristen E. Burgers**
**Frederick Carter**
Venable LLP
8010 Towers Crescent Drive
Suite 300
Vienna, VA 22182
lakatz@venable.com
keburgers@venable.com

**William Chambers**
10229 Cedar Pond Drive
Vienna, VA 22182
bchambersva@yahoo.com

**Robert Mazie**
as Trustee of the AirOcare Benefit Trust
17216 Blossom View Drive
Olney, MD 20832

**Craig M. Palik**
McNamee Hosea
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770
cpalik@mhlawyers.com

**James M. Greenan**
McNamee Hosea
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770
jgreenan@mhlawyers.com

**Terrance Woodbridge**
107 Parkcanyon Lane
Cary, NC 27519
twoodbridge@rybell.com

**Stuart Rutchik**
13628 Spinning Wheel Drive
Germantown, MD 20874
sturutchik@gmail.com

                                                      **/s/ Alan Rosenblum**