**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)**

| | |
|---|---|
| In re: ) | |
| ) | Case No. 10-14519-RGM |
| AIROCARE, INC., ) | |
| ) | (Chapter 11) |
| Debtor. ) | |
| ) | |
| AIROCARE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Adv. Pro. No. 10-01481-RGM |
| ) | |
| WILLIAM R. CHAMBERS, et al., ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Bankr. P. 7041 and Fed. R. Civ. P. 41(a)(1), the parties to the above-captioned adversary proceeding (the "Adversary Proceeding"), Plaintiff AirOCare, Inc., and Defendants Robert D. McDonald, Stuart N. Rutchik, Jack W. Prouty, Terrance O. Woodbridge, William R. Chambers, and Ronald B. Mazie, hereby stipulate to the dismissal of the Adversary Proceeding pursuant to the terms of the respective settlement agreements between the Plaintiff and each of the Defendants[1] and as approved by Court Order [Docket Nos. 321, 322, 323, 337, and 338, respectively]. Each party agrees to bear its own costs, expenses, and attorneys' fees.

---

[1] Defendant Mazie is not a party to a settlement agreement.

Lawrence A. Katz (VSB 47664)                                                                                     #19409
LEACH TRAVELL BRITT pc
8270 Greensboro Drive, Suite 1050
McLean, Virginia 22102
Telephone: (703) 584-8900
Facsimile: (703) 584-8901

*Counsel to AirOcare, Inc.*

November 11, 2011

        */s/ Lawrence A. Katz*
Lawrence A. Katz (VSB No. 47664)
LEACH TRAVELL BRITT pc
8270 Greensboro Drive, Suite 1050
McLean, Virginia   22102
Telephone:  (703) 584-8900
Facsimile:  (703) 584-8901
lkatz@ltblaw.com

*Counsel to AirOcare, Inc.*


        */s/ Craig M. Palik*
Craig M. Palik (VSB No. 45728)
James Greenan
McNamee, Hosea, Jernigan, Kim, et al.
6411 Ivy Lane, Suite 200
Greenbelt, MD 20770

*Counsel to Jack W. Prouty*


        */s/ Terrance O. Woodbridge*
Terrance O. Woodbridge, *Pro Se*
107 Parkcanyon Lane
Cary, North Carolina  27519




        */s/ Ronald B. Mazie*
Ronald B. Mazie, *Pro Se*
17216 Blossom View Drive
Olney, MD  20832

/s/Alan Rosenblum
Alan Rosenblum (VSB No. 19973)
Rosenblum & Rosenblum, LLC
228 South Washington Street, Suite 300
Alexandria, VA 22314

*Counsel to Robert D. McDonald*

/s/ William Chambers
William Chambers, *Pro Se*
10229 Cedar Pond Drive
Vienna, VA  22182

/s/ Stuart Rutchik
Stuart Rutchik, *Pro Se*
13628 Spinning Wheel Drive
Germantown, MD 20874